| | |
|---|---|
| 1 | DIANE C. WEIL |
| 2 | STATE BAR NUMBER 102922 |
|   | 16000 VENTURA BOULEVARD, SUITE 1000 |
| 3 | ENCINO, CALIFORNIA 91436 |
|   | TELEPHONE: (818) 788-8074 |
| 4 | FACSIMILE: (818) 788-8097 |
|   | EMAIL: dcw@dcweillaw.com |
| 5 | |
| 6 | Chapter 7 Trustee |

**FILED & ENTERED**

APR 18 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

WENDY CHEN,

                Debtor.

**CASE NO.:** 1:13-bk-17403-VK

**ORDER DENYING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13**

<u>Hearing Date:</u>
Date: April 1, 2014
Time: 2:00 p.m.
Place: Courtroom 301
       United States Bankruptcy Court
       21041 Burbank Boulevard
       Woodland Hills, California 91436

    The matter of the Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 (the "Motion") came on regularly for hearing before the undersigned United States Bankruptcy Judge on April 1, 2014. Diane C. Weil, the Chapter 7 Trustee (the "Trustee"), appeared on her own behalf. Michael O. Akhidenor appeared on behalf of the debtor, Wendy Chen.

1

The Court having read and considered the Debtor's Motion, the opposition thereto filed by the Trustee, having heard and considered the arguments of counsel and good cause appearing therefore, it is hereby

**ORDERED AS FOLLOWS:**

The Debtor's motion to convert the above-captioned bankruptcy case to Chapter 13 is denied, without prejudice to a future motion, should circumstances change.

###

Date: April 18, 2014

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**