DIANE C. WEIL
STATE BAR NUMBER 102922
16000 VENTURA BOULEVARD, SUITE 1000
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 788-8074
FACSIMILE: (818) 788-8097
EMAIL: dcw@dcweillaw.com

Chapter 7 Trustee

FILED & ENTERED

APR 18 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re

WENDY CHEN,

Debtor.

CASE NO.: 1:13-bk-17403-VK

**ORDER DISALLOWING DEBTOR'S HOMESTEAD EXEMPTION**

<u>Hearing Date:</u>
Date:  April 1, 2014
Time:  2:00 p.m.
Place: Courtroom 301
       United States Bankruptcy Court
       21041 Burbank Boulevard
       Woodland Hills, California 91436

The matter of the Trustee's Motion Objecting to Claim of Exemption (the "Motion") came on regularly for hearing before the undersigned United States Bankruptcy Judge on April 1, 2014. Diane C. Weil, the Chapter 7 Trustee, appeared on her own behalf.  Michael O. Akhidenor appeared on behalf of Wendy Chen, the debtor.  The Court having read and considered the Trustee's Motion and the Debtor's Declaration in opposition thereto, and having heard the arguments of the parties, the Court has determined that the Debtor does not live in the property commonly known as 13145 Bromont Street, Unit  33, Sylmar, California 91342 (the "Bromont Property") and has not

1

1  demonstrated the necessary intent to return to the Bromont Property.  Therefore, good cause

2  appearing, it is hereby

3  **ORDERED AS FOLLOWS:**

4  1. The Trustee's objection to the Debtor's claim of a homestead exemption relating to

5  the Bromont Property is sustained; and

6  2. The Debtor's claim of a homestead exemption relating to the Bromont Property is

7  disallowed in its entirety.

8  ###

Date: April 18, 2014

Victoria S. Kaufman
United States Bankruptcy Judge

Case 1:13-bk-17403-VK    Doc 39    Filed 04/18/14    Entered 04/18/14 10:47:55    Desc

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.